UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RAENELL A. HORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-02249-MPB-MG |
| | ) | |
| DANIEL VOGEL, | ) | |
| GARRISON REHFUS, | ) | |
| CITY OF MUNCIE, INDIANA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the Court following the Magistrate Judge's Entry Recommending Dismissal. (Docket No. 31). Plaintiff failed to appear for a May 20 telephonic status conference, which prompted the Court to order her to show cause why it should not dismiss her action with prejudice. Plaintiff did not respond to the show-cause order, either. The Magistrate Judge therefore recommended that the Court dismiss Plaintiff's Complaint with prejudice for failure to prosecute. More than fourteen days have passed since the Report and Recommendation was issued, and no objection has been filed by Plaintiff. Fed. R. Civ. P. 72(b)(2).

The Court concludes that the Magistrate Judge did not commit clear error; therefore, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket No. 31). This action is **DISMISSED with prejudice** for failure to prosecute. *Bell v. Hana Bus. Grp.*, No. 1:19-cv-1249, 2021 WL 8269513 (S.D. Ind. Dec. 2, 2021). Final judgment shall issue by separate entry.

**IT IS SO ORDERED**.

Dated:  July 16, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

RAENELL A. HORTON
335 Greentree Drive
Marion, IN 46952

Matthew L. Hinkle
COOTS HENKE & WHEELER
mhinkle@chwlaw.com

Laura Parks
lparks@chwlaw.com

Elizabeth Sommers
COOTS HENKE & WHEELER, P.C.
bsommers@chwlaw.com